CHARLES P. DIAMOND (SB # 56881)
LAW OFFICES OF CHARLES P. DIAMOND
cdiamond@omm.com
AMY R. LUCAS (SB # 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

RICHARD P LASTING (SB # 53950)
RICHARD P LASTING LAW OFFICES
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Telephone: +1 213-489-9025
Facsimile: +1 310-626-9677

*Attorneys for Defendant*
*JUAN SANCHEZ*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL LERMA, et al., <br><br> Defendants. | Case No. 2: 18- CR-172-GW <br><br> **DEFENDANT JUAN SANCHEZ'S NOTICE OF JOINDER IN CERTAIN MOTIONS *IN LIMINE* FILED BY CO-DEFENDANTS** <br><br> HEARING DATE: FEB. 3, 2025 <br> TIME: 8:00 A.M. <br> COURTROOM: 9D <br> HON. GEORGE H. WU |

TO THIS HONORABLE COURT, THE UNITED STATES OF AMERICA AND ITS COUNSEL: PLEASE TAKE NOTICE THAT Defendant Juan Sanchez, by and through his counsel of record, Richard P. Lasting, Charles P. Diamond, and Amy R. Lucas, hereby joins in the following motions *in limine* filed by his co-Defendants Michael Lerma (Mr. Lerma) and Jose Valencia Gonzalez (Mr. J.V. Gonzalez):

    1) Mr. J.V. Gonzalez's Motion *in Limine* to Allow the Western District of Washington Unconscious Bias Juror Video Be Played for All Prospective Jurors Called for Jury Service in This Case (Doc. No. 1318);

    2) Mr. Lerma's Motion *in Limine* to Exclude Reference to "Michael Lerma Cell" or "Enterprise" (Doc. No. 1333);

    3) Mr. J.V. Gonzalez's Under Seal Motion *in Limine* to Exclude Certain Evidence That Violates Federal Rules of Evidence 403, 404(b), 602, 802 and the Sixth Amendment (Doc. No. 1346); and

    4) Mr. Lerma's Under Seal Motion *in Limine* to Exclude Jail Writings and Testimony about Jail Writings (Doc. No. 1371).

Dated: January 16, 2025

Respectfully submitted,

RICHARD P. LASTING
CHARLES P. DIAMOND
AMY R. LUCAS

By: /s/*Amy R. Lucas*

Amy R. Lucas
Attorneys for Defendant Juan Sanchez