UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 18-172-GW | Date | February 12, 2025 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | Maria Bustillos | Kyle W. Kahan; Jason C. Gorn; Kellye Ng; J. Mark Childs |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri B. Derby, CJA<br>Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA<br>Kenneth M. Miller, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA<br>Amy R. Lucas | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA | ✔ | ✔ | |

**Proceedings:** **EVIDENTIARY HEARING AS TO: DEFENDANT MICHAEL LERMA'S MOTION TO SUPPRESS EVIDENCE [1248]; DEFENDANT LERMA'S MOTION TO SUPPRESS THE TESTIMONY OF GOVERNMENT WITNESSES RT & AJ, FOR MASSIAH LAW VIOLATIONS [1431]; and DEFENDANT LERMA'S MOTION TO SUPPRESS THE TESTIMONY OF GOVERNMENT WITNESS JJ, FOR MASSIAH LAW VIOLATIONS [1479]**

Courrt and counsel confer re jurors. The Court will have 12 jurors and five alternate jurors for trial.

The Court's under seal Tentative Rulings on Motions to Suppress [1248, 1431, 1479] was emailed to the parties on February 12, 2025, and placed on CM/ECF as Docket Nos. 1549 and 1549.

The Court hears testimony from R.T., M.L., A.J., and Devon Self. For reasons stated on the record, the evidentiary hearing is CONTINUED to February 19, 2025 at 1:00 p.m.

Court and counsel confer re jury questionnaire. A final version of the questionnaire is to be filed by February 14, 2025.

Evidentiary Hearing as to *Daubert* re Noticed Expert Witnesses set for hearing on February 13, 2025 is TAKEN OFF-CALENDAR.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

The parties have until February 14, 2025 to file a report as to what is left in this matter to be resolved prior to trial.

The Court will allow a transcript of today's hearing to be provided to defense counsel forthwith.

|  |  |  |
|---|---|---|
|  | 5 : 10 |  |
| Initials of Deputy Clerk | JG |  |