JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
    1400/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/7962/8408
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov
              jason.gorn@usdoj.gov
              kellye.ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-172(A)-GW-1, 6, 7, 8 |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S MOTION TO DISMISS COUNTS CONTAINED IN THE FIRST SUPERSEDING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)</u> |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

     Plaintiff United States of America, by and through its attorney of record, the Acting United States Attorney for the Central District of California, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss the following counts with prejudice of the First Superseding Indictment in the above-referenced case, filed on October 14, 2021: (1) Counts Four, Five, and Six; (2) Count Nine as to defendant Jose Valencia Gonzalez only;

1

(3) Count Ten as to defendant Carlos Gonzalez only; (4) Count Thirteen; (5) Count Fourteen; and (6) Count Sixteen.

Dated: February 18, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

　/s/
KYLE W. KAHAN
JASON A. GORN
KELLYE NG

Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2