## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 18-172-GW | Date | February 19, 2025 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | Terri A. Hourigan | Kyle W. Kahan; Jason C. Gorn; Kellye Ng |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri B. Derby, CJA<br>Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA<br>Kenneth M. Miller, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA<br>Charles Diamond, CJA<br>Amy R. Lucas | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Shaun Khojayan, CJA<br>Daniel A. Nardoni, CJA | ✔ | ✔ | |

**Proceedings:**        **PRETRIAL CONFERENCE**

Court and counsel confer re juror questionnaire. The revised questionnaire will be provided to the Court forthwith. Once finalized, 90 copies of the questionnaire will be provided to the Jury Department by 4:00 p.m. today.

Court and counsel confer re peremptory challenges for alternate jurors. The Court will allow three peremptory challenges for the Government and four peremptory challenges for the Defendants.

Defendants will have until noon on February 23, 2025 to file any supplemental brief as to *Massiah* motions. Government will respond by no later than noon on February 24, 2025. The *Massiah* Motions [1248, 1431, 1479], are continued to February 25, 2025.

The Court's Initial Thoughts on Defendants' Request for Pretrial Ruling of Admissibility [1581] was issued on February 19, 2025 [1599]. For reasons stated on the record, Defendants' Request is CONTINUED to February 25, 2025.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Court and counsel confer re Joint Defense Ex Parte Application to Prohibit Shackles During Trial [1574]. The issue is resolved on the record. The Ex Parte Application is deemed MOOT.

Discovery and *Brady* issues are discussed.

Court and counsel confer re Devon Self opinions, Government exhibit and witness lists, and other pretrial issues.

The Court amends its February 10, 2025 ruling as to Government's Motion in Limine No. 5. The Motion as to Anthony Solis is GRANTED in part and DENIED in part.

The parties are to prepare and file a final set of jury instructions and verdict form by noon on February 24, 2025.

Trial remains set for February 25, 2025 at 8:00 a.m.

The Court will allow a transcript of today's hearing to be provided to defense counsel forthwith.

|  | 1 | : | 50 |
|---|---|---|---|
| Initials of Deputy Clerk | JG | | |