UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 18-172-GW | Date | February 19, 2025 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | None Present | Shawn J. Nelson - not present |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | not | ✔ | | 1. Marri B. Derby, CJA<br>Joel Furman, CJA | not | ✔ | |
| 6. Carlos Gonzalez | not | ✔ | | 6. Richard G. Novak, CJA<br>Kenneth M. Miller, CJA | not | ✔ | |
| 7. Juan Sanchez | not | ✔ | | 7. Richard P. Lasting, CJA<br>Charles Diamond, CJA | not | ✔ | |
| 8. Jose Valencia Gonzalez | not | ✔ | | 8. Shaun Khojayan, CJA<br>Daniel A. Nardoni, CJA | not | ✔ | |

**Proceedings:**       **IN CHAMBERS - COURT ORDER**

     The Court has viewed the video currently on YouTube that was referenced today by counsel for Defendant Lerma. Obviously, it would be very problematic for any prospective juror to view it. The parties should be prepared on Tuesday morning to discuss with the Court the options that should be taken to deal with the issue.

                                                                                                  :
                                                                Initials of Deputy Clerk   JG