JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
    1400/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/8408/7962
    Facsimile: (213) 894-0142
    E-mail:    kyle.kahan@usdoj.gov
              kellye.ng@usdoj.gov
              jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:18-00172(A)-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S FOURTH AMENDED EXHIBIT LIST |
| v. | Trial Date:  February 25, 2025 |
| MICHAEL LERMA, *et al.*, | Trial Time:  8:00 a.m. |
| Defendants. | Location:    Courtroom of the Hon. George Wu |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn, hereby submits the Government's Fourth Amended Exhibit List.

///

///

The government reserves the right to update, modify, and edit the exhibit list and exhibits below.

Dated: February 25, 2025          Respectfully submitted,

                                  JOSEPH T. MCNALLY
                                  Acting United States Attorney

                                  LINDSEY GREER DOTSON
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  /s/
                                  _____
                                  KYLE W. KAHAN
                                  KELLYE NG
                                  JASON A. GORN
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

**EXHIBIT LIST**

United States v. Michael Lerma, *et al.*

18-00172(A)-GW

| Exhibit No. | Description | Stip. To Authen. | Stip. To Admit | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| *Murder and Enterprise Evidence* | | | | | |
| 1. | MDC-LA Cell Surveillance: 6/28/20 2:12:06-2:13:39 | | | | |
| 2. | MDC-LA Kitchen Surveillance: 6/28/20 2:13:39-2:14:00 | | | | |
| 3. | MDC-LA Cell Surveillance 6/28/20 2:39:29 – 2:39:51 | | | | |
| 4. | MDC-LA Cell Surveillance 6/28/20 2:40:03-2:40:30 | | | | |
| 5. | MDC-LA Cell Surveillance 6/28/20 2:40:56-2:41:09 | | | | |
| 6. | MDC-LA Common Area Surveillance 6/28/20 2:40:56-2:41:28 | | | | |
| 7. | MDC-LA Cell Surveillance 6/28/20 2:45:42-2:47:04 | | | | |
| 8. | MDC-LA Kitchen Surveillance 6/28/20 2:46:31-2:46:42 | | | | |
| 9. | MDC-LA Common Area Surveillance 6/28/20 2:46:05-2:46:30 | | | | |
| 10. | MDC-LA Cell Surveillance 6/28/20 2:47:56-2:48:25 | | | | |
| 11. | MDC-LA Cell Surveillance 6/28/20 2:47:49-2:48:00 | | | | |
| 12. | MDC-LA Cell Surveillance 6/28/20 2:55:22-2:55:40 | | | | |

| 13. | MDC-LA Cell Surveillance 6/28/20 2:56:52-2:57:03 | | | | |
|---|---|---|---|---|---|
| 14. | MDC-LA Cell Surveillance 6/28/20 2:59:04-2:59:57 | | | | |
| 15. | MDC-LA Cell Surveillance 6/28/20 3:00:00-3:00:20 | | | | |
| 16. | MDC-LA Cell Surveillance 6/28/20 3:05:45-3:06:51 | | | | |
| 17. | Autopsy Photograph – S.B. left head and neck [LS_1758] | | | | |
| 18. | Autopsy Photograph – S.B. right neck and shoulder [LS_1759] | | | | |
| 19. | Autopsy Photograph – Ligature mark [LS_1766] | | | | |
| 20. | Autopsy Photograph – S.B. back neck [LS_1768] | | | | |
| 21. | Autopsy Photograph – S.B. left face [LS_1774] | | | | |
| 22. | Autopsy Photograph – S.B. torso, stab wounds, and head [LS_1781] | | | | |
| 23. | Autopsy Photograph – S.B. full body [LS_1785] | | | | |
| 24. | Autopsy Photograph – S.B. Face and front neck [LS_1787] | | | | |
| 25. | Autopsy Photograph – Ligature Mark [LS_1788] | | | | |
| 26. | Autopsy Photograph – Ligature Mark and Tattoos [LS_1791] | | | | |

| 27. | Autopsy Photograph – Ligature Mark – Right Neck [LS_1795] | | | | |
| 28. | Autopsy Photograph – Ligature Mark – Back Neck [LS_1798] | | | | |
| 29. | Autopsy Photograph – Right hand, chest, and stab wounds [LS_1799] | | | | |
| 30. | Autopsy Photograph – Eyes and Nose [LS_1800] | | | | |
| 31. | Autopsy Photograph – Chest and Stab Wounds [LS_1802] | | | | |
| 32. | Autopsy Photograph – Head, Torso, Thighs, Back [LS_1805] | | | | |
| 33. | Autopsy Photograph – Left and back neck [LS_1806] | | | | |
| 34. | Autopsy Photograph – Full back [LS_1809] | | | | |
| 35. | Autopsy Photograph – Ligature Mark – Right Neck [LS_1811] | | | | |
| 36. | Autopsy Photograph – Ligature Mark – Back Neck and back [LS_1812] | | | | |
| 37. | Autopsy Photograph – Ligature mark – front neck [LS_1814] | | | | |
| 38. | Autopsy Photograph – Left neck and head [LS_1816] | | | | |
| 39. | Autopsy Photograph – Left eye and eyelid [LS_1817] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 40. | Autopsy Photograph – Torso covered with shirt [LS_1818] | | | | |
| 41. | Autopsy Photograph – Back legs [LS_1819] | | | | |
| 42. | Autopsy Photograph – Hand [LS_1820] | | | | |
| 43. | Autopsy Photograph – Left eye closed [LS_1823] | | | | |
| 44. | Autopsy Photograph – Closeup of front neck ligature mark [LS_1829] | | | | |
| 45. | Autopsy Photograph – Closeup of back neck ligature mark [LS_1830] | | | | |
| 46. | Autopsy Photograph – left neck and shoulder with ligature mark [LS_1831] | | | | |
| 47. | Autopsy Photograph – Pin in right eye showing entry wound [LS_1879] | | | | |
| 48. | Autopsy Photograph – Right arm [LS_1835] | | | | |
| 49. | Autopsy Photograph – Right eye held open [LS_1837] | | | | |
| 50. | Autopsy Photograph – Head and torso with clothing and stab wounds [LS_1840] | | | | |
| 51. | Autopsy Photograph – Torso with stab wounds and abdomen [LS_1843] | | | | |

6

| 52. | Autopsy Photograph – right neck with ligature mark and face [LS_1845] | | | | |
|---|---|---|---|---|---|
| 53. | Autopsy Photograph – Torso, stab wounds, and face [LS_1846] | | | | |
| 54. | Autopsy Photograph – Closeup of ligature mark on unknown area of neck [LS_1847] | | | | |
| 55. | Autopsy Photograph – Closeup of Inner Right Eye [LS_1856] | | | | |
| 56. | Autopsy Photograph – Stained Clothing on Body [LS_1860] | | | | |
| 57. | Autopsy Photograph – Left hand [LS_1861] | | | | |
| 58. | Autopsy Photograph – Stab wounds on torso [LS_1863] | | | | |
| 59. | Autopsy Photograph – Back and buttocks [LS_1864] | | | | |
| 60. | Autopsy Photograph – Trajectory of stab wound to eye [LS_1833] | | | | |
| 61. | Autopsy Photograph – Closeup of stab wounds [LS_1874] | | | | |
| 62. | Autopsy Report – Stab Wound Diagram [LS_1018] | | | | |
| 63. | Autopsy Report – Ligature Wound Diagram [LS_1019] | | | | |

| 64. | Photograph of S.B. torso and stab wounds in cell [LS_4252] | | | |
| 65. | Photograph of 6 north Phones and Stairway to Lower Level [LS_9667] | | | |
| 66. | Photograph of 6 north Phones and Stairway to Lower Level and Showers [LS_9670] | | | |
| 67. | Photograph of 6 North Dining Area and TVs [LS_9672] | | | |
| 68. | Photograph of 6 north Table and Stairway and Lower Hallway [LS_9673] | | | |
| 69. | Photograph of 6 north Middle Area and Lower Hallway [LS_9674] | | | |
| 70. | Photograph of 6 north Lower Hallway [LS_9677] | | | |
| 71. | Photograph of 6 north Lower Hallway and Opened Cell Doors [LS_9678] | | | |
| 72. | Photograph of Cell Door 619 and Hallway [LS_9682] | | | |
| 73. | Photograph of Cell Door 619 - Closed [LS_9683] | | | |
| 74. | Photograph of Cell Door 619 - Opened [LS_9684] | | | |
| 75. | Photograph of Cell Door 619 Interior and Beds [LS_9685] | | | |

| 76. | Photograph of Cell Door 619 Interior Facing Door [LS_9687] | | | | |
|---|---|---|---|---|---|
| 77. | Photograph of Cell Door 619 Beds [LS_9688] | | | | |
| 78. | Photograph of Cell Door 619 Interior and Window Slot [LS_9690] | | | | |
| 79. | Photograph of Cell Door 617 Facing Window Slot [LS_9693] | | | | |
| 80. | Photograph of Cell Door 613 Facing Window Slot and Cell 619 Opened Door [LS_9696] | | | | |
| 81. | Photograph of Cell Door 613 Facing Window Slot and Cell 619 Closed Door [LS_9698] | | | | |
| 82. | Photograph of Cell Door 615 Facing Window Slot and Cell 619 Opened Door [LS_9701] | | | | |
| 83. | Photograph of Cell Door 615 Facing Window Slot and Cell 619 Closed Door with Light On [LS_9703] | | | | |
| 84. | Photograph of Cell Door 621 and 6 North Hallway [LS_9710] | | | | |
| 85. | Photograph of Cell Doors 621 and 623 Closed [LS_9711] | | | | |
| 86. | Photograph of Cell Door 625 Closed [LS_9712] | | | | |

| | 87. | Photograph of Cell Door 625 Closed and 6 North Hallway [LS_9713] | | | | |
|---|---|---|---|---|---|---|
| | 88. | Photograph of Cell Door 627 Closed [LS_9714] | | | | |
| | 89. | Photograph of Cell Doors 672 and 625 Closed and 6 North Hallway [LS_9715] | | | | |
| | 90. | Photograph of Cell Door 625 Opened [LS_9716] | | | | |
| | 91. | Photograph of Cell Door 627 Opened [LS_9717] | | | | |
| | 92. | Photograph of Cell Door 625 from Interior and View of Cell Doors 605 and 607 [LS_9719] | | | | |
| | 93. | Photograph of 6 North Hallway and Closed Doors of Cells 621 and 623 [LS_638] | | | | |
| | 94. | Photograph of 6 North Hallway and Opened Door to Cell 619 [LS_640] | | | | |
| | 95. | Photograph of 6 North Hallway Leading to Main Area and Opened Door to Cell 619 [LS_641] | | | | |
| | 96. | Photograph of Angled Interior of Cell 619 [LS_643] | | | | |
| | 97. | Photograph of Interior of Cell 619 [LS_644] | | | | |

| | 98. | Photograph of Interior of Cell 619 and Sink [LS_645] | | | | |
|---|---|---|---|---|---|---|
| | 99. | Photograph of Interior of Cell 619 and Drawers and Beds [LS_646] | | | | |
| | 100. | Photograph of Cell 619 Leading to Hallway [LS_648] | | | | |
| | 101. | Photograph of Cell 619 Drawers and Bottom Bed [LS_654] | | | | |
| | 102. | Photograph of Cell 619 Closed Door from Interior [LS_657] | | | | |
| | 103. | Photograph of Cell 619 Trash Can [LS_658] | | | | |
| | 104. | Photograph of Underneath Cell 619 Bottom Bed [LS_659] | | | | |
| | 105. | Photograph of Cell 619 Top Drawer Right-side Contents [LS_661] | | | | |
| | 106. | Photograph of Cell 619 Top Drawer Left-side Contents [LS_662] | | | | |
| | 107. | Photograph of Cell 619 Bottom Drawer Left-side Contents [LS_663] | | | | |
| | 108. | Photograph of Cell 619 Bottom Drawer Right-side Contents [LS_664] | | | | |
| | 109. | Photograph of Clothes Hangers and Wires [LS_665] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 110. | Photograph of Brown Blanket on Floor in Cell 619 [LS_670] | | | | | |
| 111. | Photograph of closeup of Stain on Brown Blanket [LS_672] | | | | | |
| 112. | Photograph of Clothes Hangar and Wire With #5 Evidence Label [LS_695] | | | | | |
| 113. | Photograph of Cell 619 Interior Post-Search [LS_699] | | | | | |
| 114. | Photograph of Stained Sheet Labeled #6 [LS_716] | | | | | |
| 115. | Photograph of S.B. Left Face on Gurney [LS_725] | | | | | |
| 116. | Photograph of S.B. torso on gurney [LS_726] | | | | | |
| 117. | Photograph of S.B. Face on gurney [LS_732] | | | | | |
| 118. | Photograph of Closeup of Stab Wounds on S.B. Torso on Gurney [LS_734] | | | | | |
| 119. | Photograph of ligature mark on S.B. left neck [LS_741] | | | | | |
| 120. | Photograph of S.B. left eye opened [LS_744] | | | | | |
| 121. | Photograph of S.B. Upper Chest and Ligature Mark on Left Neck [LS_747] | | | | | |

| | 122. | Photograph of ligature mark on left and back neck of S.B. [LS_749] | | | | |
| | 123. | Photograph of ligature mark on S.B. right and back neck [LS_752 | | | | |
| | 124. | Photograph of S.B. Body on Gurney with stained grey sweater [LS_753] | | | | |
| | 125. | Photograph of S.B. Body on gurney with stained white shirt [LS_755] | | | | |
| | 126. | Photograph of S.B. body on gurney with visible stab wounds [LS_756] | | | | |
| | 127. | Photograph of S.B. right hand on gurney [LS_758] | | | | |
| | 128. | Photograph of S.B. right arm and hand on gurney [LS_764] | | | | |
| | 129. | Photograph of ligature mark on back of S.B.'s neck with body on gurney [LS_770] | | | | |
| | 130. | Photograph of ligature mark on back and back-left of S.B.'s neck with body on gurney [LS_771] | | | | |
| | 131. | Photographs of S.B.'s back with body on gurney [LS_772-73] | | | | |
| | 132. | Photograph of back of S.B.'s legs with body on gurney [LS_775] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 133. | Photograph of back of S.B.'s feet with body on gurney [LS_776] | | | | | |
| 134. | Photograph of stained grey sweater [LS_777] | | | | | |
| 135. | Photograph of stained white shirt [LS_782] | | | | | |
| 136. | Photograph of S.B. body shirtless on gurney [LS_802] | | | | | |
| 137. | Photograph of Jose Valencia Gonzalez Face and Upper Chest [LS_11819] | | | | | |
| 138. | Photograph of Jose Valencia Gonzalez Face, Upper Chest, and Back of Hands [LS_11820] | | | | | |
| 139. | Photograph of Jose Valencia Gonzalez Left Face, Upper Chest, and Back of Right Hand [LS_11821] | | | | | |
| 140. | Photograph of Jose Valencia Gonzalez Right Face, Upper Chest, and Back of Left Hand [LS_11822] | | | | | |
| 141. | Photograph of Jose Valencia Gonzalez Back of Hands [LS_11824] | | | | | |
| 142. | Photograph of Jose Valencia Gonzalez Full Upper Body [LS_11825] | | | | | |
| 143. | Photograph of Juan Sanchez Face [LS_11826] | | | | | |

| | 144. | Photograph of Juan Sanchez Back of Hands [LS_11827] | | | | |
|---|---|---|---|---|---|---|
| | 145. | Photograph of Juan Sanchez Palms [LS_11828] | | | | |
| | 146. | Photograph of Juan Sanchez Chest, Arms, and Face [LS_11829] | | | | |
| | 147. | Photograph of Juan Sanchez Left Profile [LS_11830] | | | | |
| | 148. | Photograph of Juan Sanchez Back [LS_11831] | | | | |
| | 149. | Photograph of Juan Sanchez Right Profile [LS_11832] | | | | |
| | 150. | Photograph of Carlos Gonzalez Face and Upper Chest [LS_11812] | | | | |
| | 151. | Photograph of Carlos Gonzalez Face, Upper Chest, and Back of Hands [LS_11813] | | | | |
| | 152. | Photograph of Carlos Gonzalez Right Face, Upper Chest, and Back of Right Hand [LS_11814] | | | | |
| | 153. | Photograph of Carlos Gonzalez Left Face, Upper Chest, and Back of Left Hand [LS_11815] | | | | |
| | 154. | Photograph of Carlos Gonzalez Face, Upper Chest, and Palms [LS_11816] | | | | |
| | 155. | Photograph of Carlos Gonzalez Torso and Back of Hands [LS_11817] | | | | |

15

| 156. | Photograph of Carlos Gonzalez Upper Body and Head [LS_11818] | | | | |
|---|---|---|---|---|---|
| 157. | Pomona Booking Photograph of Carlos "Popeye" Gonzalez back of left hand [LS_13346] | | | | |
| 158. | MDC 6-North Diagram [LS_612-13] | | | | |
| 159. | MDC-LA 6 North Map [LS_14050] | | | | |
| 160. | MDC-LA 6 North Map (Marked Cell 619) [LS_14049] | | | | |
| 161. | Photograph of Cooperating Witness 4's hands [LS_626] | | | | |
| 162. | Photograph of Lerma, Valencia Gonzalez, Carlos Gonzalez, and Others from JVG Cell [LS_1244] | | | | |
| 163. | Photograph of Kite with Eme Members [LS_14061-64] | | | | |
| 164. | Photograph of MDC-LA Exterior [LS_18024] | | | | |
| 165. | Google Map of MDC-LA and Surrounding Area [LS_18025] | | | | |
| 166. | June 28, 2020 MDC-LA 6 North Surveillance Footage with Marked Inmates [LS_20576] | | | | |
| 167. | Photograph of S.B. [Pending] | | | | |
| 168. | *Reserved* | | | | |
| 169. | *Reserved* | | | | |
| 170. | *Reserved* | | | | |
| 171. | *Reserved* | | | | |
| 172. | *Reserved* | | | | |
| 173. | *Reserved* | | | | |
| 174. | *Reserved* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 175. | *Reserved* | | | | |
| 176. | *Reserved* | | | | |
| 177. | *Reserved* | | | | |
| 178. | *Reserved* | | | | |
| 179. | *Reserved* | | | | |
| 180. | *Reserved* | | | | |
| 181. | *Reserved* | | | | |
| 182. | *Reserved* | | | | |
| 183. | *Reserved* | | | | |
| 184. | *Reserved* | | | | |
| 185. | *Reserved* | | | | |
| 186. | *Reserved* | | | | |
| 187. | *Reserved* | | | | |
| 188. | *Reserved* | | | | |
| 189. | *Reserved* | | | | |
| 190. | *Reserved* | | | | |
| 191. | *Reserved* | | | | |
| 192. | *Reserved* | | | | |
| 193. | *Reserved* | | | | |
| 194. | *Reserved* | | | | |
| 195. | *Reserved* | | | | |
| 196. | *Reserved* | | | | |
| 197. | *Reserved* | | | | |
| 198. | *Reserved* | | | | |
| 199. | *Reserved* | | | | |
| | ***Assault*** | | | | |
| 200. | June 27, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11387; (15897) LS_12685] | | | | |
| 200a. | Transcript [LS_12708] | | | | |
| 201. | June 27, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11387; LS_12686 (15900)] | | | | |
| 201a. | Transcript [LS_12711] | | | | |
| 202. | July 1, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11388; LS_12687 (15907)] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 202a. | Transcript [LS_12718] | | | | |
| 203. | July 1, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11388; LS_14001] | | | | |
| 203a | Transcript [LS_012719] | | | | |
| 204. | July 5, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11393; LS_12688 (15759)] | | | | |
| 204a. | Transcript [LS_12746-12747] | | | | |
| 205. | July 6, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11395; LS_12690(15765)] | | | | |
| 205a. | Transcript [LS_12760-LS_12762] | | | | |
| 206. | July 6, 2014 Phone Call – Seferino Gonzalez, Kelly Deshannon, and William McCord [LS_11394; LS_12689] | | | | |
| 206a. | Transcript [LS_12753-12755] | | | | |
| 207. | July 9, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11399; LS_12691 (15943)] | | | | |
| 207a. | Transcript [LS_12803] | | | | |
| 208. | July 10, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11402; LS_12692 (15787)] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 208a. | Transcript [LS_12819-12820] | | | | | |
| 209. | July 11, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11403; LS_12693 (15791)] | | | | | |
| 209a. | Transcript [LS_12824-12829] | | | | | |
| 210. | July 12, 2013 Phone Call – Seferino Gonzalez, Cheryl Castaneda, and Kelly Deshannon [LS_11404; LS_12695 (15799)] | | | | | |
| 210a. | Transcript [LS_12842-12844] | | | | | |
| 211. | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11405; LS_12696 (15803)] | | | | | |
| 211a. | Transcript [LS_12850-12853] | | | | | |
| 212. | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11405; LS_12697 (15804)] | | | | | |
| 212a. | Transcript [LS_12856-12857] | | | | | |
| 213. | July 12, 2013 Phone Call – Seferino Gonzalez, Kelly Deshannon [LS_11408; LS_12698 (15815)] | | | | | |
| 213a. | Transcript [DT_15481-15483; LS_14003-1406] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 214. | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_10846; LS_12699 (15818)] | | | | | |
| 214a. | Transcript [LS_12891-12893] | | | | | |
| 215. | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda Part 1 [DT_38385; LS_14007] | | | | | |
| 215a. | Transcript [DT_033768-33770; LS_14008-14010] | | | | | |
| 216. | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda Part 2 [DT_38385; LS_14000] | | | | | |
| 216a. | Transcript [DT_033771-33772; LS_14011-14012] | | | | | |
| 217. | July 12, 2013 Phone Call – Seferino Gonzalez and Jose Valencia Gonzalez [DT_38386; LS_14013] | | | | | |
| 217a | Transcript [DT_33787-33788; LS_14014-14015] | | | | | |
| 218. | July 14, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_14021 (Ex. 303)] | | | | | |
| 218a. | Transcript [LS_14023-14030 (Ex. 303-T)] | | | | | |
| 219. | July 14, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11412; LS_12701 (15827)] | | | | | |
| 219a. | Transcript [LS_12906-12909] | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 220. | July 14, 2013 Phone Call – Seferino Gonzalez, Cheryl Castaneda, and Kelly Deshannon [LS_11415; LS_12703 (15834)] | | | | |
| 220a. | Transcript [LS_12920-12924] | | | | |
| 221. | July 14, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11415; LS_12705 (15837)] | | | | |
| 221a. | Transcript [LS_12931-12933] | | | | |
| 222. | July 14, 2013 Phone Call – Seferino Gonzalez, Cheryl Castaneda and Jose Gonzalez [LS_11415; LS_14018 (Ex. 301)] | | | | |
| 222a. | Transcript [LS_14019-14020 (301-T)] | | | | |
| 223. | July 14, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11415; LS_12706 (15838)] | | | | |
| 223a. | Transcript [LS_12934-12936] | | | | |
| 224. | July 14, 2013 Phone Call – Seferino Gonzalez and Kelly DeShannon [LS_011413; LS_12702 (15830)] | | | | |
| 224a. | Transcript [LS_12913-12915] | | | | |
| 225. | July 18, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11417; LS_12707 (15846)] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 225a. | Transcript [LS_12946] | | | | |
| 226. | July 21, 2013 Phone Call – Seferino Gonzalez and Jose Valencia Gonzalez [LS_11420; LS_14031 (Ex. 304)] | | | | |
| 226a. | Transcript [LS_14032-14033 (Ex 304-T)] | | | | |
| 227. | July 21, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11420; LS_14034 (Ex. 305)] | | | | |
| 227a. | Transcript [LS_14035-14036 Ex. 305-T] | | | | |
| 228. | July 21, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11420; LS_14022] | | | | |
| 228a. | Transcript [LS_13038-13039] | | | | |
| 229. | July 24, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_14038 (Ex.302)] | | | | |
| 229a. | Transcript [LS_14039-14041 (Ex. 302-T] | | | | |
| 230. | July 28, 2023 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11423; LS_14042] | | | | |
| 230a. | Transcript [LS_13056] | | | | |
| 231. | July 28, 2023 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_011423; LS_14043] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 231a. | Transcript [LS_13057] | | | | | |
| 232. | July 7, 2023 Phone Call – Seferino Gonzalez and Kelly DeShannon [LS_011396; LS_17818] | | | | | |
| 232a. | Transcript [LS_12778-12779] | | | | | |
| 233. | Photograph of Cypress Residence [LS_13246] | | | | | |
| 234. | Photograph of Cypress Residence and #1 Exhibit Marker [LS_13248] | | | | | |
| 235. | Photograph of Close-up of Cypress Residence [LS_13249] | | | | | |
| 236. | Photograph of Cypress Residence and #2 Exhibit Marker [LS_13251] | | | | | |
| 237. | Photograph of #2 Exhibit Marker and Shell Casing [LS_13254] | | | | | |
| 238. | Photograph of Front Door of Cypress Residence [LS_13255] | | | | | |
| 239. | Photograph of Front Door and Bullet Hole [LS_13257] | | | | | |
| 240. | Photograph of Porch and Shattered Pottery [LS_13260] | | | | | |
| 241. | Photograph of Clothing and #1 Exhibit Marker [LS_13264] | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 242. | Photograph of Close-up of Clothing and #1 Exhibit Marker [LS_13265] | | | | |
| 243. | Photograph of Close-up of Shell Casing and #2 Exhibit Marker [LS_13268] | | | | |
| 244. | Photograph of Close-Up of Bullet Hole in Front Door and "A" Exhibit Marker [LS_13272] | | | | |
| 245. | Photograph of Close-Up of Bullet Hole in Front Door [LS_13273] | | | | |
| 246. | Photograph of Bullet Hole Inside Residence [LS_13274] | | | | |
| 247. | Photograph of Bullet Hole and Door Damage Inside Residence [LS_13275] | | | | |
| 248. | Photograph of Hallway Inside Residence and Front Door [LS_13276] | | | | |
| 249. | Photograph of Hallway to Exterior of Residence and Front Door [LS_13277] | | | | |
| 250. | Photograph of Bullet Hole in Interior of Front Door [LS_13279] | | | | |
| 251. | Photograph of Bullet Hole in Interior Door of Residence [LS_13280] | | | | |

| | 252. | Photograph of Close-Up of Bullet Hole in Interior Door of Residence [LS_13281] | | | | |
|---|---|---|---|---|---|---|
| | 253. | Photograph of Bullet Hole and Door Damage in Interior Closet Door [LS_13283] | | | | |
| | 254. | Photograph of Bullet Hole in Box Inside Closet [LS_13286] | | | | |
| | 255. | Photograph of Bullet Hole in Chair Inside Closet [LS_13287] | | | | |
| | 256. | Photographs of Bullet on Floor [LS_13288-90] | | | | |
| | 257. | Photograph of Trajectory Measurement for Bullet in Front Door [LS_13292] | | | | |
| | 258. | Photograph of Trajectory Measurement for Bullet in Front Door Inward Angle [LS_13293] | | | | |
| | 259. | Photograph of Measurement of Trajectory for Bullet [LS_13295] | | | | |
| | 260. | Photograph of Close-Up of Measurement of Trajectory for Bullet [LS_13298] | | | | |
| | 261. | Photograph of Measurement of Trajectory for Bullet with Line to the Door [LS_13302] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 262. | Photograph of Front of Car with License Plate #6ZET932 [LS_13306] | | | | |
| 263. | Photograph of Car with License Plate #6ZET932 Trunk [LS_13307] | | | | |
| 264. | Photograph of Bag of White Pills Inside Car Console [LS_13310] | | | | |
| 265. | Photograph of Bag of White Pills Inside Car on Seat [LS_13311] | | | | |
| 266. | Photograph of M.A. [LS_13314] | | | | |
| 267. | Photograph of M.A. Left Thigh and Gunshot Wound [LS_13315] | | | | |
| 268. | Photograph of E.N. [LS_13316] | | | | |
| 269. | Photograph of back of E.N. and Torn Shirt [LS_13318] | | | | |
| 270. | Photograph of Bullet Shell Casing Outside Residence [LS_13324] | | | | |
| 271. | Photograph of White SUV with License Plate 6ZHT325 [LS_13367] | | | | |
| 272. | Photograph of Firearm Inside Dome Light [LS_13368] | | | | |
| 273. | Photograph of Colt Firearm [LS_13369] | | | | |
| 274. | Photograph of Colt Firearm, Bullet, and Loaded Magazine [LS_13370] | | | | |

26

| | | | | | | |
|---|---|---|---|---|---|---|
| 275. | Colt, Model Mustang Mark IV Series 80 Firearm<br><br>[PHYSICAL EXHIBIT] | | | | | |
| 276. | Seven rounds of Winchester .380 caliber ammunition<br><br>[PHYSICAL EXHIBIT] | | | | | |
| 277. | Sprint Call Detail Records – xxx-xxx-9308 [DT_15841-15931] | | | | | |
| 278. | Sprint Subscriber Records – xxx-xxx-9308 and xxx-xxx-0640 [DT_16014-16017] | | | | | |
| 279. | Sprint Call Detail Records – xxx-xxx-0640 [DT_15690-15840] | | | | | |
| 280. | T-Mobile/Sprint Business Records Certificate [DEF_ONLY_16784] | | | | | |
| 281. | Sprint Cell Tower Records 1 [DT_15932-944] | | | | | |
| 282. | Sprint Cell Tower Records 2 [DT_15945-68] | | | | | |
| 283. | Sprint Cell Tower Records 3 [DT_15969-81] | | | | | |
| 284. | Sprint Cell Tower Records 4 [DT_15982-16013] | | | | | |
| 285. | FBI Cellular Analysis Survey Team Mapping [DT_59815-19] | | | | | |
| 286. | LASD Firearms Identification Section Ballistics Photographs [DT_59830-33] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 287. | July 17, 2013 Photograph of Pill Bottle with Ammunition [DT_15644 file ending in IMG_2012.jpg] | | | | | |
| 288. | July 17, 2013 Photograph of Bullet in Drawer [DT_15644 file ending in IMG_2017.jpg.] | | | | | |
| 289. | Disk One Global Tel Link Calls July 5, 2013 - July 24, 2013 [LS_19543] | | | | | |
| 290. | Disk Two Global Tel Link Calls July 18, 2013 - July 24, 2013 [LS_19544] | | | | | |
| 291. | Global Tel Link Business Records Certificate [LS_19545-19546] | | | | | |
| 292. | July 6, 2023 Phone Call - Seferino Gonzalez and Jose Valencia Gonzalez 8:57-9:52 [LS_19783] | | | | | |
| 293. | July 6, 2023 Phone Call - Seferino Gonzalez and Jose Valencia Gonzalez 10:08-10:17 [LS_19784] | | | | | |
| 293a. | Transcript [LS_19998-19999] | | | | | |
| 294. | July 6, 2023 Phone Call - Seferino Gonzalez and Jose Valencia Gonzalez 10:38-11:12 [LS_19785] | | | | | |
| 294a. | Transcript [LS_20000-20001] | | | | | |
| 295. | *Reserved* | | | | | |

| 296. | *Reserved* | | | | |
|---|---|---|---|---|---|
| 297. | *Reserved* | | | | |
| 298. | *Reserved* | | | | |
| 299. | *Reserved* | | | | |
| | ***Kidnapping*** | | | | |
| 300. | Dash Camera Video – May 8, 2015 [DT_17353 file ending in b62d.ts] | | | | |
| 301. | Photograph of Carlos Gonzalez Post-Arrest [LS_13224] | | | | |
| 302. | Photograph of Carlos Gonzalez Face Post-Arrest [LS_13225] | | | | |
| 303. | Photograph of R.R. and Juan Sanchez Post-Arrest [LS_13226] | | | | |
| 304. | Photograph of Juan Sanchez and R.R. Post-Arrest [LS_13227] | | | | |
| 305. | Photograph of C.V. [LS_13228] | | | | |
| 306. | Photograph of Stopped Truck [LS_13229] | | | | |
| 307. | Photograph of Handgun in Dirt [LS_13234] | | | | |
| 308. | Photograph of Close-Up of Handgun Handle and Barrel in Dirt [LS_13235] | | | | |
| 309. | Photograph of Close-Up of Handgun Handle and Barrel in Dirt [LS_13236] | | | | |
| 310. | Photograph of Hill and Street Pole [LS_13238] | | | | |
| 311. | Photograph of Officers on Hill [LS_13239] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 312. | Photograph of Officers with One Holding Firearm [LS_13240] | | | | | |
| 313. | Photograph of Hill, Shrubbery, and Pole with Sign [LS_13241] | | | | | |
| 314. | Photograph of Firearm with White Handle [LS_13242] | | | | | |
| 315. | Photograph of Firearm Chamber with Two Visible Rounds [LS_13243] | | | | | |
| 316. | Photograph of Firearm with White Handle and Six Rounds of Ammunition [LS_13244] | | | | | |
| 317. | Rohm Model RG-12, .22 caliber revolver [PHYSICAL EXHIBIT] | | | | | |
| 318. | Six rounds of .22 caliber ammunition stamped with stylized "W" seized on May 8, 2015 [PHYSICAL EXHIBIT] | | | | | |
| 319. | *Reserved* | | | | | |
| 320. | *Reserved* | | | | | |
| 321. | *Reserved* | | | | | |
| 322. | *Reserved* | | | | | |
| 323. | *Reserved* | | | | | |
| 324. | *Reserved* | | | | | |
| 325. | *Reserved* | | | | | |
| 326. | *Reserved* | | | | | |
| 327. | *Reserved* | | | | | |
| 328. | *Reserved* | | | | | |
| 329. | *Reserved* | | | | | |
| 330. | *Reserved* | | | | | |
| 331. | *Reserved* | | | | | |
| 332. | *Reserved* | | | | | |
| 333. | *Reserved* | | | | | |
| 334. | *Reserved* | | | | | |
| 335. | *Reserved* | | | | | |
| 336. | *Reserved* | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 337. | *Reserved* | | | | |
| 338. | *Reserved* | | | | |
| 339. | *Reserved* | | | | |
| 340. | *Reserved* | | | | |
| 341-349. | *Reserved* | | | | |
| **Deposits and Search of Cheryl Perez-Castaneda Residence** | | | | | |
| 350. | JPay Records – Michael Lerma [LS_12505-09] | | | | |
| 351. | Inmate Visitation Log – Michael Lerma [DT_5732] | | | | |
| 352. | Photograph of Cheryl Perez-Castaneda Residence Exterior and Cherry Welcome Sign [LS_13371] | | | | |
| 353. | Photograph of Cherry Containers on Kitchen Counter [LS_13373] | | | | |
| 354. | Photograph of Chery Curtain and Mugs [LS_13374] | | | | |
| 355. | Photograph of Cherry Signs in Kitchen [LS_13376] | | | | |
| 356. | Photograph of Ledger Found Inside of Cheryl Perez-Castaneda Residence [LS_13379] | | | | |
| 357. | Money Orders Labeled "Spooky" and "Mike" in Cheryl Perez-Castaneda Residence [LS_13380, 13396] | | | | |
| 358. | Envelope with Cash in Cheryl Perez-Castaneda Residence [LS_13381] | | | | |
| 359. | Envelopes labeled as from Michael Lerma to Trisha Aguirre [LS_13383, 13390] | | | | |

| 360. | Letter from Michael Lerma to Trisha Aguirre found inside of Cheryl Perez-Castaneda Residence [LS_13384-85] | | | | |
| 361. | Letter from Michael Lerma to "Cherri" Found Inside of Cheryl Perez-Castaneda Residence [LS_13391-92] | | | | |
| 362. | Notepad with Michael Lerma's Name Written Inside Found in Cheryl Perez-Castaneda's Residence [LS_13394] | | | | |
| 363. | Printout of LASD Inmate Information for Seferino Gonzalez [LS_13395] | | | | |
| 364. | Photograph of Coaster labeled "Pomona Cherrie Ville" [LS_13398] | | | | |
| 365. | Photograph of "I <3 Cherryville" Sign [LS_13399] | | | | |
| 366. | Envelope from Michael Lerma to "Cheri Perez" [LS_13401] | | | | |
| 367. | JPay Business Records Certificate [LS_12505-506] | | | | |
| 368-399. | *Reserved* | | | | |
| ***Firearm Possession by Carlos Gonzalez and Firearm and Drug Possession by Cooperating Witness*** | | | | | |
| 400. | Walther Model PPK .380 caliber semi-automatic pistol [PHYISCAL EXHIBIT] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 401. | Seven rounds of Winchester .380 caliber ammunition seized on October 17, 2013 [PHYSICAL EXHIBIT] | | | | | |
| 402. | One round of CCI/Speer .380 caliber ammunition [PHYSICAL EXHIBIT} | | | | | |
| 403. | Photograph of Carlos Gonzalez Oct. 28, 2013 [LS_13413] | | | | | |
| 404. | Photograph of Carlos Gonzalez Residence Oct. 28, 2013 [LS_13414] | | | | | |
| 405. | Photograph of Dodgers Sweatshirt [LS_13473] | | | | | |
| 406. | Photograph of Close-Up of Dodgers Sweatshirt and Zipper [LS_13474] | | | | | |
| 407. | Photograph of Sock with Firearm Sticking Out [LS_13475] | | | | | |
| 408. | Photograph of Walther model PPK firearm on jacket [LS_13477] | | | | | |
| 409. | Photograph of Walther model PPK firearm on floor [LS_13478] | | | | | |
| 410. | Photograph of firearm magazine with one visible round of ammunition [LS_13479] | | | | | |
| 411. | Photograph of Walther model PPK firearm and one round of ammunition [LS_13480] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 412. | Photograph of Walther model PPK firearm, one round of ammunition, and magazine [LS_13481] | | | | | |
| 413. | Photograph of container labeled "Bell" [LS_13493] | | | | | |
| 414. | Photograph of ammunition inside of container labeled "Bell" [LS_13494] | | | | | |
| 415. | Photograph of notebook with "Cherries" and "Pops" written inside [LS_13500-01] | | | | | |
| 416. | Photograph of Firearm Holder in Trash Can [LS_13530] | | | | | |
| 417. | Photograph of Opened Firearm Holder [LS_13533] | | | | | |
| 418. | Photograph of Walther model PPK, one round of ammunition, magazine with ammunition, and sock [LS_13535] | | | | | |
| 419. | Photographs of Walther model PPK barrel, trigger, and serial number [LS_13536-38] | | | | | |
| 420. | Photograph of eight rounds of ammunition and magazine [LS_13541] | | | | | |
| 421. | Photograph of bag with cherries symbol and container labeled "Bell" [LS_13545] | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 422. | Photograph of bag with cherries symbol and open container labeled "Bell" with ammunition [LS_13546] | | | | |
| 423. | Photograph of phone with cherry sticker [LS_13553] | | | | |
| 424. | Photographs of Ledger Found During Cooperating Witness 4 Arrest on Aug. 4, 2013 [DT_13932, files ending in D9904367.JPG and D9904368.JP] | | | | |
| 425. | Photograph of Firearm Found During Cooperating Witness 4 Arrest on Aug. 4, 2013 [DT_13932, file ending in D859.9095.JPG] | | | | |
| 426. | Photograph of Scale and Methamphetamine Found During Cooperating Witness 4 Arrest on Aug. 4, 2013 [DT_13932, file ending in D859.8097.JPG] | | | | |
| 427. | Photograph of Firearm Found During Cooperating Witness 4 Arrest on June 8, 2015 [DT_17417, file ending in F6199289.JPG] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 428. | Photograph of Methamphetamine Found During Cooperating Witness 4 Arrest on June 8, 2015 [DT_17417, file ending in F6199287.JPG] | | | | | |
| 429. | *Reserved* | | | | | |
| 430. | *Reserved* | | | | | |
| 431. | *Reserved* | | | | | |
| 432. | *Reserved* | | | | | |
| 433. | *Reserved* | | | | | |
| 434. | *Reserved* | | | | | |
| 435. | *Reserved* | | | | | |
| 436. | *Reserved* | | | | | |
| 437. | *Reserved* | | | | | |
| 438. | *Reserved* | | | | | |
| 439. | *Reserved* | | | | | |
| 440. | *Reserved* | | | | | |
| 441. | *Reserved* | | | | | |
| 442. | *Reserved* | | | | | |
| 443. | *Reserved* | | | | | |
| 444. | *Reserved* | | | | | |
| 445. | *Reserved* | | | | | |
| 446. | *Reserved* | | | | | |
| 447. | *Reserved* | | | | | |
| 448. | *Reserved* | | | | | |
| 449. | *Reserved* | | | | | |
| Court Records and Documents | | | | | | |
| 450. | Certified Death Certificate – C.V. [LS_11721-11722] | | | | | |
| 451. | Certified Death Certificate – R.R. [LS_13126-27] | | | | | |
| 452. | Cooperating Witness 1 Plea Agreement [LS_11595-605] | | | | | |
| 453. | Cooperating Witness 1 Supplemental Agreement [LS_11606-28] | | | | | |
| 454. | Cooperating Witness 2 Plea Agreement [LS_11493-514] | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 455. | Cooperating Witness 3 Plea Agreement [LS_11515-525, 13661-663] | | | | |
| 456. | Cooperating Witness 4 Plea Agreement [LS_11557-578] | | | | |
| 457. | Cooperating Witness 7 Plea Agreement [LS_11579-94] | | | | |
| 458. | Cooperating Witness 5 Plea Agreement [LS_11629-38] | | | | |
| 459. | Cooperating Witness 5 Plea Agreement 2016 [LS_11639-54] | | | | |
| 460. | Cooperating Witness 5 Plea Agreement 2020 [LS_11655-99] | | | | |
| 461. | Cooperating Witness 6 Plea Agreement [LS_11700-20] | | | | |
| 462. | People v. Carlos Gonzalez, Case No. KA060041 Abstract of Judgment, Complaint, and Docket [LS_10976-84] | | | | |
| 463. | People v. Carlos Gonzalez, Case No. KA085054-01 Abstract of Judgment, Complaint, and Docket [LS_10985-994] | | | | |
| 464. | People v. Carlos Gonzalez, Case No. KA103570-01 Abstract of Judgment, Complaint, and Docket [LS_10995-11011] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 465. | People v. Carlos Gonzalez, Case No. KA109699-01 Abstract of Judgment, Complaint, and Docket [LS_11012-39] | | | | |
| 466. | People v. Carlos Gonzalez, Case No. KA103570-01 Abstract of Judgment, Complaint, and Docket [LS_11063-79] | | | | |
| 467. | People v. Juan Sanchez, Case No. KA106933-01 Complaint and Docket [LS_11149-68] | | | | |
| 468. | People v. Juan Sanchez, Case No. KA109699-02 Abstract of Judgment, Complaint and Docket [LS_11169-86] | | | | |
| 469. | People v. Jose Valencia Gonzalez, Case No. KA082815-01 Docket [LS_11241-46] | | | | |
| 470. | People v. Jose Valencia Gonzalez, Case No. RIF1101117 Complaint and Plea Form [LS_11260-65] | | | | |
| 471. | People v. Jose Valencia Gonzalez, Case No. FCH05640 Abstract of Judgment, Defendant Declaration, and Complaint [LS_11266-74] | | | | |

| | 472. | People v. Jose Valencia Gonzalez, Case No. KA078221 Abstract of Judgment, Complaint, and Docket [LS_11292-301] | | | | |
| | 473. | People v. Jose Valencia Gonzalez, Case No. FWV1401103 Abstract of Judgment, Amended Complaint, and Defendant Declaration [LS_11302-312, 11329-332] | | | | |
| | 474. | Aug. 11, 2016 Resolution of Cession of Concurrent Criminal Legislative Jurisdiction [LS_12591-605] | | | | |
| | 475. | July 27, 2016 Office of Attorney General Acceptance of Concurrent Legislative Jurisdiction [LS_12606-615] | | | | |
| | 476. | July 27, 2016 Officer of Attorney General Acknowledgement of Receipt of Concurrent Legislative Jurisdiction [LS_12616-619] | | | | |
| | 477. | Proposed Order and Finding of Legislative Fact for Federal Jurisdiction of Metropolitan Detention Center | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 478. | Joint Trial Stipulation #1: Defendant Juan Sanchez Factual Stipulations Regarding Count Nineteen [Dkt. 1542] | | | | | |
| 479. | Joint Trial Stipulation #2: Defendant Jose Valencia Gonzalez Factual Stipulations Regarding Count Seventeen [Dkt. 1543] | | | | | |
| 480. | Joint Trial Stipulation #3: Defendant Carlos Gonzalez Factual Stipulations Regarding Count Eighteen [Dkt. 1544] | | | | | |
| 481. | *Reserved* | | | | | |
| 482. | *Reserved* | | | | | |
| 483. | *Reserved* | | | | | |
| 484. | *Reserved* | | | | | |
| 485. | *Reserved* | | | | | |
| 486. | *Reserved* | | | | | |
| 487. | *Reserved* | | | | | |
| 488. | *Reserved* | | | | | |
| 489. | *Reserved* | | | | | |
| 490. | *Reserved* | | | | | |
| 491. | *Reserved* | | | | | |
| 492. | *Reserved* | | | | | |
| 493. | *Reserved* | | | | | |
| 494. | *Reserved* | | | | | |
| 495. | *Reserved* | | | | | |
| 496. | *Reserved* | | | | | |
| 497. | *Reserved* | | | | | |
| 498. | *Reserved* | | | | | |
| 499. | *Reserved* | | | | | |
| | ***DMV. Booking, and Cooperating Witness Photographs*** | | | | | |
| 500. | DMV Photograph – E.N. [LS_13349] | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 501. | DMV Photograph – M.A. [LS_13358] | | | | |
| 502. | DMV Photograph – Trish Perez [LS_13363] | | | | |
| 503. | Booking Photograph – William McCord [LS_13364] | | | | |
| 504. | Booking Photograph – Jose Valencia Gonzalez and neck tattoos [LS_13354] | | | | |
| 505. | Booking Photograph – Kelly Deshannon [LS_13356] | | | | |
| 506. | Booking Photograph – Jose Valencia Gonzalez [LS_13353] | | | | |
| 507. | DMV Photograph – Cheryl Perez [LS_13347] | | | | |
| 508. | Booking Photograph – Seferino Gonzalez [LS_13361] | | | | |
| 509. | Booking Photograph – Seferino Gonzalez with chest tattoos [LS_13362] | | | | |
| 510. | Feb. 20, 2025 Photographs of Cooperating Witness 4 [LS_19780-82] | | | | |
| 511. | Feb. 18, 2025 Photographs of MDC 6 North Phones and Hallway [LS_19774-779] | | | | |
| 512. | *Reserved* | | | | |
| 513. | *Reserved* | | | | |
| 514. | *Reserved* | | | | |
| 515. | *Reserved* | | | | |
| 516. | *Reserved* | | | | |
| 517. | *Reserved* | | | | |
| 518. | *Reserved* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 519. | *Reserved* | | | | |
| 520. | *Reserved* | | | | |
| 521. | *Reserved* | | | | |
| 522. | *Reserved* | | | | |
| 523. | *Reserved* | | | | |
| 524. | *Reserved* | | | | |
| 525. | *Reserved* | | | | |
| 526. | *Reserved* | | | | |
| 527. | *Reserved* | | | | |
| 528. | *Reserved* | | | | |
| 529. | *Reserved* | | | | |
| 530. | *Reserved* | | | | |
| 531. | *Reserved* | | | | |
| 532. | *Reserved* | | | | |
| 533. | *Reserved* | | | | |
| 534. | *Reserved* | | | | |
| 535. | *Reserved* | | | | |
| 536. | *Reserved* | | | | |
| 537. | *Reserved* | | | | |
| 538. | *Reserved* | | | | |
| 539-999. | *Reserved* | | | | |
| | ***Reports*** | | | | |
| 1000. | July 14, 2013 Covina PD Report – Eric Melnyk [DT_14586-90] | | | | |
| 1001. | July 14, 2013 Covina PD Report – J. Corder [DT_14596-14598] | | | | |
| 1002. | July 14, 2013 Covina PD Report – M. Corona [DT_14599] | | | | |
| 1003. | July 14, 2013 Covina PD Report – T. Hanou [DT_14601-02] | | | | |
| 1004. | July 17, 2013 Covina PD Report – J. Zumwalt [DT_14618] | | | | |
| 1005. | July 17, 2013 Covina PD Report – R. Davis [DT_14621-22] | | | | |
| 1006. | Covina PD Property Report [DT_14623-28] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1007. | July 15, 2013 Covina PD Supplemental Report - A. Zavala [DT_14629-36] | | | | |
| 1008. | July 19, 2013 Covina PD CHP 180 Vehicle Report [DT_14650-51] | | | | |
| 1009. | Booking and Property Record - Kelly Deshannon {DT_14661-62] | | | | |
| 1010. | Booking and Property Record - Jose Valencia Gonzalez [DT_14669-70] | | | | |
| 1011. | November 6, 2013 FBI Report - SA David Sieber [DT_14691] | | | | |
| 1012. | FBI CAST Historical Cell Site Analysis - Cheryl Perez [DT_14707-09] | | | | |
| 1013. | FBI CAST Historical Cell Site Analysis - Jose Valencia Gonzalez [DT_14704-06] | | | | |
| 1014. | Aug. 9, 2013 FBI Report - SA Talamantez - Interview of W.M. [DT_14710-13] | | | | |
| 1015. | Sept. 19, 2013 FBI Report - Interview of E.N. to Notify of Potential Safety Concerns [DT_14696-97] | | | | |
| 1016. | Dec. 6, 2013 FBI Report - SA Banuelos - Conversation with Enterprise Rent-a-Car Employee [DT_14717] | | | | |

43

| | | | | | | |
|---|---|---|---|---|---|---|
| 1017. | Dec. 11, 2013 Pomona PD Report – Booking of Firearm Into Evidence [DT_14720-22] | | | | | |
| 1018. | Dec. 10, 2013 FBI Report – Chain of Custody of Firearm [DT_14723] | | | | | |
| 1019. | Dec. 23, 2013 LASD Ballistics Report – Phil Teramoto [DT_14574-75] | | | | | |
| 1020. | Oct. 17, 2013 Pomona PD Report – Domestic Violence Report [DT_17081-82] | | | | | |
| 1021. | Oct. 28, 2013 Pomona PD Booking Report [DT_17083-84] | | | | | |
| 1022. | Oct. 28, 2013 Pomona PD Report – Daniel Watkins – Arrest of C. Gonzalez [DT_17085-93] | | | | | |
| 1023. | Oct. 28, 2013 Pomona PD Property Report [DT_17094-96] | | | | | |
| 1024. | Oct. 29, 2013 Pomona PD Supplemental Report- Daniel Watkins [DT_17097] | | | | | |
| 1025. | Feb. 8, 2016 FBI Report – David Hamilton – Interstate Nexus [DT_17098] | | | | | |
| 1026. | May 9, 2015 Pomona PD Booking Report [DT_17116-21] | | | | | |
| 1027. | May 10, 2015 Pomona PD Report – Michael Lee [DT_17123-30] | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1028. | May 12, 2015 Pomona PD Report – Andrew Bebon [DT_17133-48] | | | | |
| 1029. | May 8, 2015 CHP 180 Vehicle Report [DT_17149] | | | | |
| 1030. | May 10, 2015 Pomona PD Report – Thomas de la Vega [DT_17151-54] | | | | |
| 1031. | May 9, 2015 Pomona PD Report – Joe Dolgovin [DT_17156] | | | | |
| 1032. | May 9, 2015 Pomona PD Report – Joe Deleo [DT_17158-59] | | | | |
| 1033. | May 10, 2015 Pomona PD Report – Kristian Gutierrez [DT_17161] | | | | |
| 1034. | May 8, 2015 Pomona PD Property Report [DT_17162-66] | | | | |
| 1035. | May 10, 2015 Pomona PD Report – Joe Dolgovin [DT_17202-14] | | | | |
| 1036. | Feb. 8, 2016 FBI Report – David Hamilton – Interstate Nexus [DT_17222] | | | | |
| 1037. | Feb. 19, 2016 FBI Report – Interview of "CHS" [DT_17223-27] | | | | |
| 1038. | Mar. 4, 2016 FBI Report – Jamie Martinez 0 Discussion with Bad Boys Bail Bonds [DT_17228-32] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1039. | Mar. 23, 2016 FBI Report – Daniel Watkins – Discussion with "CHS" [DT_17233] | | | | | |
| 1040. | BOP Movement History – Carlos Gonzalez [LS_28] | | | | | |
| 1041. | BOP Movement History – Jose Valencia Gonzalez [LS__31] | | | | | |
| 1042. | BOP Movement History – Juan Sanchez [LS_32] | | | | | |
| 1043. | BOP Movement History – Michael Lerma [LS_44] | | | | | |
| 1044. | Feb. 11, 2021 FBI Laboratory Report – DNA Examination of Item 13 [LS_108-109] | | | | | |
| 1045. | FBI Laboratory Communications Log [LS_170-97] | | | | | |
| 1046. | Mar. 5, 2021 FBI Laboratory Report – CODIS Search for Item 13 [LS_168-69] | | | | | |
| 1047. | Feb. 17, 2021 FBI Laboratory Case Notes [LS_110-167] | | | | | |
| 1048. | FBI Laboratory Case Notes [LS_207-515] | | | | | |
| 1049. | July 7, 2020 FBI Laboratory Examination Request Report [LS_99-101] | | | | | |
| 1050. | May 10, 2021 FBI Laboratory Report – Items 1, 2, 9, 10, 11, and 12 [LS_516-20] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1051. | Oct. 1, 2021 FBI Laboratory Logs [LS_521-611] | | | | | |
| 1052. | June 21, 2024 FBI Laboratory Report – Item 17 [LS_11913-14] | | | | | |
| 1053. | July 24, 2020 FBI Laboratory Examination Report – Lt. Billy Land and Cooperating Witness 4 [LS_102-03] | | | | | |
| 1054. | June 29-30, 2020 BOP Death Notification Email Chain [LS_833] | | | | | |
| 1055. | BOP Form 583 Report of Incident [LS_834-36] | | | | | |
| 1056. | June 29, 2020 BOP Memorandum – R. Velazquez [LS_837] | | | | | |
| 1057. | BOP MDC-LA Modified Operations Schedule [LS_839] | | | | | |
| 1058. | BOP MDC-LA Inmate Roster [LS_841-45] | | | | | |
| 1059. | Feb. 8, 2019 MDC-LA SIS Intake Screening Form – Cooperating Witness 4 [LS_849] | | | | | |
| 1060. | June 29, 2020 BOP Health Services Clinical Encounter – S.B. [LS_882-86] | | | | | |
| 1061. | June 29, 2020 BOP Memorandum – Tiffany Smith [LS_859] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1062. | June 29, 2020 BOP Memorandum – Benito Pichardo [LS_860] | | | | | |
| 1063. | June 29, 2020 BOP Memorandum – N. Ananias [LS_861] | | | | | |
| 1064. | June 29, 2020 BOP Memorandum – Andrew Flores [LS_862] | | | | | |
| 1065. | June 29, 2020 BOP Crime Scene Sign-in Log [LS_880-81] | | | | | |
| 1066. | June 29, 2020 LA Coroner Report – Alexander Lemus [LS_887-91] | | | | | |
| 1067. | July 7, 2020 FBI Report – Robert Chowthi [LS_892-93] | | | | | |
| 1068. | June 29, 2020 LAFD Report – Jesse Pena [LS_896-98] | | | | | |
| 1069. | June 29, 2020 BOP Health Services Clinical Encounter – Cooperating Witness 4 [LS_621-23] | | | | | |
| 1070. | July 24, 2020 FBI Report – Robert Chowthi – Evidence Collected from MDC [LS_1281-82] | | | | | |
| 1071. | June 29, 2020 FBI ERT Photo Log – Schwartz [LS_822-24] | | | | | |
| 1072. | June 29, 2020 FBI Evidence Recovery Log [LS_826] | | | | | |

| | 1073. | June 29, 2020 FBI ERT Photo Log – Huang [LS_828-30] | | | | |
|---|---|---|---|---|---|---|
| | 1074. | June 29, 2020 FBI Evidence Collection Log – Fingernail Kit, et al. [LS_814] | | | | |
| | 1075. | July 8, 2020 FBI Report – ERT Seizures [LS_815-16] | | | | |
| | 1076. | June 30, 2020 Autopsy Report – S.B. [LS_1008-1021] | | | | |
| | 1077. | August 14, 2020 Toxicology Report – Sarah Buxton de Quintana [LS_1022-23] | | | | |
| | 1078. | June 29, 2020 Department of Coroner Report – Alexander Lemus [LS_1024-30] | | | | |
| | 1079. | Sept. 3, 2020 FBI Report – Interview of Dr. Nguyen [LS_1032] | | | | |
| | 1080. | Oct. 7, 2021 FBI Report – Collection of JVG Evidence from Santa Ana City Jail [LS_1234-37] | | | | |
| | 1081. | Aug. 28, 2020 FBI Report – Maurice Reid [LS_1271] | | | | |
| | 1082. | Aug. 28, 2020 FBI Report – Michael Forbes [LS_1262] | | | | |
| | 1083. | Aug. 28, 2020 FBI Report – Tiffany Smith [LS_1273-74] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1084. | Aug, 31, 2020 FBI Report – Benito Pichardo [LS_1265-66] | | | | | |
| 1085. | Aug. 31, 2020 FBI Report – Doralisa Alaniz [LS_1268-69] | | | | | |
| 1086. | Sept. 1, 2020 FBI Report – Malik Franklin [LS_1275] | | | | | |
| 1087. | Sept. 1, 2020 FBI Report – Billy Land [LS_1267] | | | | | |
| 1088. | Sept. 3, 2020 FBI Report – Andrew Flores [LS_1263-64] | | | | | |
| 1089. | July 8, 2020 Audio Interview – Cooperating Witness 2 [LS_1430] | | | | | |
| 1090. | July 8, 2020 FBI Interview – Cooperating Witness 2 [LS_1542-44] | | | | | |
| 1091. | July 8, 2020 Audio Interview – Cooperating Witness 3 [LS_1434] | | | | | |
| 1092. | July 8, 2020 FBI Report – Cooperating Witness 3 [LS_1553-56] | | | | | |
| 1093. | July 9, 2020 Audio Interview – Cooperating Witness 6 [LS_1442] | | | | | |
| 1094. | July 9, 2020 FBI Report – Cooperating Witness 6 [LS_1569] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1095. | Sept. 2, 2020 Audio Interview – Cooperating Witness 2 [LS_1444] | | | | | |
| 1096. | Sept. 2, 2020 FBI Report – Cooperating Witness 2 [LS_1529-30] | | | | | |
| 1097. | Sept. 2, 2020 Audio Interview – Cooperating Witness 7 [LS_1447] | | | | | |
| 1098. | Sept. 2, 2020 FBI Report – Cooperating Witness 7[LS_1533-34] | | | | | |
| 1099. | Feb. 9, 2021 Audio Interview – Cooperating Witness 4 [LS_1451] | | | | | |
| 1100. | Feb. 9, 2021 FBI Report – Cooperating Witness 4 [LS_1570-77] | | | | | |
| 1101. | May 18, 2021 FBI Report – Cooperating Witness 6 [LS_1600-08] | | | | | |
| 1102. | July 28, 2021 FBI Report – Cooperating Witness 2 [LS_1619-29] | | | | | |
| 1103. | Dec. 10, 2020 FBI Report – Cooperating Witness 5 [LS_1646-47] | | | | | |
| 1104. | Mar. 12, 2021 FBI Report – Cooperating Witness 5 [LS_1648-49] | | | | | |
| 1105. | BOP Inmate Investigative Report [LS_4172-87] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1106. | Apr. 1, 2020 BOP Post Orders [LS_4189-204] | | | | | |
| 1107. | United States v. Diaz, 18-CR-173(A)-GW Trial Transcript: Joseph Talamantez [LS_4505-4570, 4576-80, 4581-4583 | | | | | |
| 1108. | United States v. Deshannon, 18-CR-172(A)-GW_10 First Trial Transcript: Antonio Zavala [LS_4800-12] | | | | | |
| 1109. | United States v. Deshannon, 18-CR-172(A)-GW_10 First Trial Transcript: Devon Self [LS_4814-63, 4865-71, 5184-5281, 5292-5301] | | | | | |
| 1110. | United States v. Deshannon, 18-CR-172(A)-GW_10 First Trial Transcript: Joseph Talamantez [LS_4872-4905, 4916-5032,5043-65] | | | | | |
| 1111. | United States v. Deshannon, 18-CR-172(A)-GW_10 First Trial Transcript: M.A. [LS_5067-5116] | | | | | |
| 1112. | United States v. Deshannon, 18-CR-172(A)-GW_10 First Trial Transcript: E.N. [LS_5117-5144] | | | | | |
| 1113. | United States v. Deshannon, 18-CR-172(A)-GW_10 First Trial Transcript: Delio Gonzalez [LS_5324-5328] | | | | | |

| | 1114. | United States v. Deshannon, 18-CR-172(A)-GW_10 First Trial Transcript: Phil Teramoto [LS_5329-5346] | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1115. | United States v. Deshannon, 18-CR-172(A)-GW_10 Second Trial Transcript: Antonio Zavala [LS_5816-5835] | | | | |
| | 1116. | United States v. Deshannon, 18-CR-172(A)-GW_10 Second Trial Transcript: Devon Self [LS_5836-5875] | | | | |
| | 1117. | United States v. Deshannon, 18-CR-172(A)-GW_10 Second Trial Transcript: M.A. [LS_5877-5920] | | | | |
| | 1118. | United States v. Deshannon, 18-CR-172(A)-GW_10 Second Trial Transcript: Delio Gonzalez [LS_5921-5925] | | | | |
| | 1119. | United States v. Deshannon, 18-CR-172(A)-GW_10 Second Trial Transcript: Joseph Talamantez [LS_5925-6029, 6043-6045] | | | | |
| | 1120. | United States v. Deshannon, 18-CR-172(A)-GW_10 Second Trial Transcript: Phil Teramoto [LS_6196-6211] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1121. | United States v. Chavez, 18-CR_173(A)-GW Trial Transcript: Joseph Talamantez [LS_9002-9185, 9436-9564] | | | | | |
| 1122. | United States v. Chavez, 18-CR_173(A)-GW Trial Transcript: Devon Self [LS_9372-9431] | | | | | |
| 1123. | June 22, 2023 FBI Report – Cooperating Witness 1 [LS_10501] | | | | | |
| 1124. | FBI SA Talamantez Testimony Notes [LS_11921-12163] | | | | | |
| 1125. | FBI SA Talamantez Indictment Notes [LS_12164-12171] | | | | | |
| 1126. | Nov. 27, 2024 FBI Report – Interstate Nexus [LS_11438-440] | | | | | |
| 1127. | May 24, 2022 FBI Report – Cooperating Witness 1 [LS_12465-70] | | | | | |
| 1128. | Sept. 29, 2023 FBI Report – Cooperating Witness 1 [LS_12471-79] | | | | | |
| 1129. | Oct. 20, 2023 FBI Report – Cooperating Witness 1 [LS_12480-82] | | | | | |
| 1130. | Nov. 17, 2024 FBI Report – Cooperating Witness 1 [LS_12483-90] | | | | | |
| 1131. | Apr. 19, 2024 FBI Report – Cooperating Witness 1 S.R. [LS_12491-95] | | | | | |

| | 1132. | Nov. 22, 2024 FBI Report – Sarah Buxton de Quintana [LS_12503] | | | | |
|---|---|---|---|---|---|---|
| | 1133. | Nov. 27, 2024 FBI Report – Mack Liebl [LS_12504] | | | | |
| | 1134. | Nov. 22, 2024 FBI Report – Dr. Lawrence Nguyen [LS_12501-02] | | | | |
| | 1135. | Jan. 15, 2025 FBI Report – Cooperating Witness 5 [LS_13561-64] | | | | |
| | 1136. | Jan. 27, 2015 FBI Report – Steve Marroquin [LS_13556] | | | | |
| | 1137. | June 8, 2015 Pomona Police Department Report – Cooperating Witness 4 Arrest [DT_17430-17436] | | | | |
| | 1138. | Aug. 4, 2013 CHP Report – Cooperating Witness 4 Arrest [DT_13944-47] | | | | |
| | 1139. | BOP Investigator Steve Marroquin Surveillance Timeline [LS_17861-75] | | | | |
| | 1140. | Devon Self Expert Notice [LS_12241-59] | | | | |