# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 18-172-GW |
| Date | February 25, 2025 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri D. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA; Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA; Shaun Khojayan, CJA | ✔ | ✔ | |

\_\_\_\_ Day COURT TRIAL     **1st** Day JURY TRIAL     \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   ✔ Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified     \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.     \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made     \_\_\_\_ Court instructs jury     \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused     \_\_\_\_ Jury retires to deliberate     \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:     \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ \_\_\_\_ Guilty on count(s) \_\_\_\_     \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled     \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists   \_\_\_\_ Filed Jury notes   \_\_\_\_ Filed Jury Instructions   \_\_\_\_ Filed Jury Verdict

Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # \_\_\_\_ remanded to custody.   Remand/Release# \_\_\_\_ issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| ✔ | Case continued to | Feb. 26, 2025 at 8:30 a.m. | for further jury impanelment. |
| ✔ | Other: | Jury impanelment is held. Defendant Michael Lerma's Motion to Suppress Evidence [1248] is DENIED. |
| | | Defendant Michael Lerma's Motion to Suppress Evidence [1431, 1479], are TAKEN UNDER SUBMISSION. |

                                                                                                 7 : 15

Initials of Deputy Clerk    JG