UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 18-172-GW | | Date | February 26, 2025 |
|---|---|---|---|---|
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE | | | |
| Interpreter | N/A | | | |

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri D. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA; Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA; Shaun Khojayan, CJA | ✔ | ✔ | |

____ Day COURT TRIAL       2nd Day JURY TRIAL       ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ✔ Held & continued;   ____ Completed by jury verdict/submitted to court.

✔ The Jury is impaneled and sworn.

✔ Opening statements made   Government and Defendants

✔ Witnesses called, sworn and testified.

✔ Exhibits identified     ✔ Exhibits admitted

____ Government rests.     ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made       ____ Court instructs jury       ____ Bailiff sworn

____ Alternates excused       ____ Jury retires to deliberate       ____ Jury resumes deliberations

____ Finding by Court as follows:       ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s)       ____ Not Guilty on count(s)

____ Jury polled       ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

✔     Case continued to    Feb. 27, 2025 at 10:00 a.m.    for further trial.

✔     Other:     Jury Questionnaires will be filed under seal.

 

                                                              6    :    30

                                     Initials of Deputy Clerk    JG