1   JOSEPH T. MCNALLY
    Acting United States Attorney
2   LINDSEY GREER DOTSON
    Assistant United States Attorney
3   Chief, Criminal Division
    KYLE W. KAHAN (Cal. Bar No. 298848)
4   KELLYE NG (Cal. Bar No. 313051)
    JASON A. GORN (Cal. Bar No. 296179)
5   Assistant United States Attorneys
          1400/1300 United States Courthouse
6         312 North Spring Street
          Los Angeles, California 90012
7         Telephone: (213) 894-2238/8408/7962
          Facsimile: (213) 894-0142
8         E-mail:    kyle.kahan@usdoj.gov
                     kellye.ng@usdoj.gov
9                    jason.gorn@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
                        UNITED STATES DISTRICT COURT
12
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
    UNITED STATES OF AMERICA,              No. CR 2:18-00172(A)-GW
14
              Plaintiff,                   GOVERNMENT STATEMENT IN RE OFFER
15                                         OF PROOF FOR DEFENSE WITNESS PEDRO
                  v.                       JIRON; EXHIBITS
16
    MICHAEL LERMA, *et al.*,               Hearing Date: March 17, 2025
17                                         Hearing Time: 10:00 a.m.
              Defendants.                  Location:    Courtroom of the
18                                                      Hon. George H. Wu

19

20        Plaintiff United States of America, by and through its counsel

21  of record, the Acting United States Attorney for the Central District

22  of California and Assistant United States Attorneys Kyle W. Kahan,

23  Kellye Ng, and Jason A. Gorn, hereby files its statement regarding

24  defendant Jose Valencia Gonzalez's offer of proof for defense witness

25  Pedro Jiron.

26  ///

27  ///

28

1    This statement is based upon the attached statement, the files

2  and records in this case, the attached exhibits, and such further

3  evidence and argument as the Court may permit.

4   Dated: March 16, 2025            Respectfully submitted,

5                                    JOSEPH T. MCNALLY
                                     Acting United States Attorney
6
                                     LINDSEY GREER DOTSON
7                                    Assistant United States Attorney
                                     Chief, Criminal Division
8

9                                    */s/ Kyle W. Kahan*
                                     KYLE W. KAHAN
10                                   KELLYE NG
                                     JASON A. GORN
11                                   Assistant United States Attorney

12                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**GOVERNMENT'S STATEMENT**

2      On May 17, 2023, Assistant United States Attorney ("AUSA") Shawn

3   J. Nelson received an email from United States Marshals Service

4   ("USMS") Deputy Andrew Nguyen regarding an ongoing investigation into

5   M.L. related to the transportation into and distribution of suboxone

6   (and/or the related brand name "Subutext") in the Santa Ana City

7   Jail.  (Exhibit ("Ex.") A – Compilation of emails at p. 2 (email

8   dated May 17, 2023 10:28 a.m.)).[1]  AUSA Nelson forwarded the email to

9   FBI Special Agent ("SA") Joseph Talamantez and informed SA Talamantez

10  over the telephone to stay on top of the matter.  (See Ex. A at p. 4

11  (email dated May 17, 2023 10:30:46 a.m.)).

12      On May 22, 2023, USMS Supervisory Deputy ("SD") Juan Medrano

13  asked AUSA Nelson to call him.  (Ex. A at p. 5 (email dated May 22,

14  2023 12:12:29 p.m.)).  After the telephone call, AUSA Nelson emailed

15  SD Medrano and recommended that the Santa Ana Police Department

16  investigators assigned to the matter speak to FBI SAs Talamantez and

17  Marc Napolitano directly.  (See Ex A. at p. 7. (May 22, 2023 1:20:04

18  p.m.)).  That same day, Santa Ana Police Department ("SAPD")

19  Correctional Supervisor Pedro Jiron emailed AUSA Nelson and FBI SAs

20  Talamantez and Napolitano that he was the point of contact for the

21  SAPD's investigations into M.L.'s illegal activities at Santa Ana

22  City Jail ("SACJ") and that the information needed to be confidential

23

24  ───────────────

25      [1] Suboxone (buprenorphine and naloxone) is a prescription
    medicine used to treat opioid addiction in adults. See
26  https://ophelia.com/blog/suboxone-vs-subutex  Subutex is a brand name
    for the prescription medication buprenorphine, which is contained in
27  suboxone. It is a partial opioid agonist, which means it activates
    the same receptors in the brain as opioids like heroin and oxycodone.
28  Subutex is used to treat opioid disorder.  Id.

1   as the investigation was ongoing.  (Ex. A at p. 9 (email dated

2   Monday, May 22, 2023 1:47:52 p.m.)).

3        AUSA Nelson's subsequent emails with SAPD Supervisor Jiron

4   involved AUSA Nelson's attempts to obtain and his receipt of

5   information related to M.L.'s disciplinary infractions while in

6   custody at the SACJ.  (Ex. A at pp. 18-35).  On November 6, 2023,

7   AUSA Nelson forwarded the reports of SAPD's investigation to FBI SA

8   Talamantez (Ex. A at pg. 36).  The government disclosed these reports

9   to defense counsel on October 28, 2024.  (Ex. B – Oct. 28, 2024

10  Discovery Letter.)

11       FBI SA Talamantez had no further contact with SAPD regarding

12  their investigation of M.L. and SA Talamantez did not intervene in

13  SAPD's investigation of M.L.  SAPD's investigation of M.L. was not

14  presented to the United States Attorney's Office for further

15  investigation or federal prosecution.  Neither the United States

16  Attorney's Office nor the FBI intervened in SAPD's investigation of

17  M.L.

18

19

20

21

22

23

24

25

26

27

28