UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**[AMENDED]**
CRIMINAL MINUTES - GENERAL

| Case No. | CR 18-172-GW | Date | March 18, 2025 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | not | ✔ | | 1. Marri B. Derby, CJA<br>Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | not | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | not | ✔ | | 7. Richard P. Lasting, CJA<br>Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | not | ✔ | | 8. Daniel A. Nardoni, CJA<br>Shaun Khojayan, CJA | ✔ | ✔ | |

**Proceedings:**  STATUS CONFERENCE RE JURY INSTRUCTIONS

Defendants' waivers of appearance were placed on the record on March 17, 2025.

Court and counsel confer re Defendant Carlos Gonzalez's medical condition. The U.S. Marshals will continue to provide updates as to his condition and when he can return.

Court and counsel discuss rough draft of final jury instructions. Parties are to file supplemental briefs, further jury instructions, etc. by no later than 7:00 p.m. today. The status conference re jury instructions is continued to March 19, 2025 at 1:00 p.m.

: 40

Initials of Deputy Clerk  JG