# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 18-172-GW |
| Date | March 20, 2025 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | not | ✔ | | 1. Marri B. Derby, CJA<br>Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | not | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | not | ✔ | | 7. Richard P. Lasting, CJA<br>Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | not | ✔ | | 8. Daniel A. Nardoni, CJA<br>Shaun Khojayan, CJA | ✔ | ✔ | |

**Proceedings:** **TELEPHONIC STATUS CONFERENCE AND HEARING ON JURY INSTRUCTIONS**

Defendants' waivers of appearance were placed on the record on March 17, 2025.

Court and counsel confer re Defendant Carlos Gonzalez's medical condition. Defendant Carlos Gonzalez will be discharged from the hospital by this weekend. Once Defendant Gonzalez gets discharged, his medication will follow him to MDC. MDC doctors are in constant contact with medical at White Memorial Hospital.

The hearing on jury instructions is CONTINUED to March 21, 2025 at 1:30 p.m. The Court's ruling will be provided to the parties by no later than morning on March 21.

: 25

Initials of Deputy Clerk  JG